# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Timothy Jerome Nixon,

       Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:06-cv-24-2-MU

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2006 Order.

**Signed: January 20, 2006**

_____
Frank G. Johns, Clerk
United States District Court